IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-02461-MSK-PAC

LAURIE KUCZUN,

    Plaintiff,

v.

McKESSON CORPORATION,

    Defendant.

_____

**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice, signed by counsel for Plaintiff and Defendant, and being advised of the premises,

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear her/its own attorneys' fees and costs.

DATED this 17th day of August, 2005.

                      **BY THE COURT:**

                      */s/ Marcia S. Krieger*
                      _____

                      Marcia S. Krieger
                      United States District Judge